IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles Horn,

     Plaintiff,

    v.                        Case No. 2:15-cv-220

Chad Hunt,

     Defendant.

Aaron E. Young,

     Plaintiff,

    v.                        Case No. 2:15-cv-3019

Chad Hunt,

     Defendant.

<u>ORDER</u>

This matter is before the court for consideration of the report and recommendation of the magistrate judge filed on February 13, 2017.  The magistrate judge recommended that Mr. Horn's claims (Case No. 2:15-cv-220) be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.  The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to have the district judge review the Report and Recommendation <u>de</u> <u>novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation."  Doc. 52, p. 3.  The time period for filing objections to the report and recommendation has expired, and no objections have been filed.

The court adopts the report and recommendation (Doc. 42 in

Case No. 2:15-cv-3019, Doc. 52 in Case No. 2:15-cv-220).  The motion to dismiss for failure to prosecute (Doc. 37 in Case No. 2:15-cv-3019, Doc. 47 in Case No. 2:15-cv-220) is granted.  Mr. Horn's claims this case are hereby dismissed without prejudice for failure to prosecute.  The clerk is directed to enter a judgment of dismissal without prejudice in Case No. 2:15-cv-220.

Date: February 28, 2017            _____s/James L. Graham_____
                                   James L. Graham
                                   United States District Judge